UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-30172 |
|---|---|
| BETTY J. FREDERICK | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4077913**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 2/ 11 | CLINTON RADIOLOGY PSC<br>DEPT 8010<br>BOX 865<br>WILMINGTON, OH  45177 | 9.52 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 5/24/2011

Certificate of Service 08-30172

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

BETTY J. FREDERICK
786 MURRAY HILL DRIVE
XENIA, OH  45385

G TIMOTHY DEARFIELD
8080 BECKETT CENTER DR
SUITE 217
WEST CHESTER, OH  45069

(11.1)
CLINTON RADIOLOGY PSC
DEPT 8010
BOX 865
WILMINGTON, OH  45177

(31.1n)
JEFFERSON CAPITAL SYSTEMS LLC
BOX 7999
SAINT CLOUD, MN  56302

(30.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

(28.1n)
RECOVERY MGT SYS CORP
ATTN RAMESH SINGH BK SPECIALIS
25 SE 2ND AVE STE 1120
MIAMI, FL  33131

(27.1n)
STEVEN H PATTERSON
FOR WELLS FARGO BANK
BOX 5480
CINCINNATI, OH  45201

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____     sv